Louise M. Goodridge, as Administratrix of the Estate of Mary Kuhn, Deceased, et al., Appellants, v. M. Jack Herman, Individually and as Executor and Trustee under the Will of Harry Herman, Deceased, et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order severing the first cause of action and directing a separate trial.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

In the Matter of the Accounting of Frank E. Felt, as Trustee of a Trust Made by George H. Ahrens, Respondent. First Lutheran Church of Jamestown et al., Appellants; Fred W. Dusenberry, as Executor of Iva M. Dusenberry, Deceased, et al., Respondents.— Decree insofar as appealed from affirmed, with costs to all parties filing briefs payable out of the fund. All concur. (Appeal from part of a decree construing a trust agreement.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

In the Matter of Robert S. Scheu et al., Respondents, against Farrel-Birmingham Company, Incorporated, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. Date for first examination November 12, 1954. All concur except McCurn, P. J., and Van Duser, J., who dissent and vote for reversal and for a hearing upon the merits of the issues raised by the answer and answering affidavits. (Appeal from an order directing Farrel-Birmingham to keep a stock book or a copy at its Buffalo office and directing that petitioner be permitted to examine same.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.